UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MCDERMOTT INTERNATIONAL, INC, *et al*<br><br>Reorganized Debtor(s).<br><br>MICHAEL VAN DEELEN<br><br>Plaintiff,<br><br>v.<br><br>DAVID DICKSON,<br>and STUART SPENCE,<br>and SCOTT LAMB,<br>and 10 JOHN/JANE DOES<br><br>Defendants. | Chapter 11<br><br>Case No. 20-30336<br><br>(Jointly Administered)<br><br><br><br>Adv. Proc. No. 20-3309 |

**NOTICE OF HEARING**

Please take notice that the Court will conduct a hearing on the following matters on **March 10, 2021, at 9:00 a.m.**, before the Honorable David Jones, United States Bankruptcy Court, Southern District of Texas, Houston Division, at Courtroom 400, 515 Rusk, Houston, Texas, 77002 as follows:

1. Plaintiff's Motion Pursuant to 28 U.S.C. Sections 455(a) and 455(b)(1) and Federal Rules of Bankruptcy Procedure Rule 5004 to Disqualify Bankruptcy Court Judge David Jones From Presiding Over the Above-Captioned Adversary Proceeding (Docket No. 8).

2. Plaintiff's Motion to Remand His State Law Cause of Action Against the Defendants to Montgomery County, Texas, District Court Because the Federal Bankruptcy Court Does Not Have Jurisdiction Over Plaintiff's Montgomery County Cause of Action, Because Remand Is Required Pursuant to 28 U.S.C. Section 1334(c)(2) and Because Remand Is Permissive Pursuant to U.S.C. Section 1334(c)(1) (Docket No. 4) and Addendum to Plaintiff's Motion to Remand (Docket No. 7).

3. Plaintiff's Motion for Default Judgment Against Defendants Dickson, Spence and Lamb (Docket Nos. 26, 17, 19, 21, 22).

4. If necessary after the hearing of the above matters, the Court will conduct a scheduling conference pursuant to Rule 16 as made applicable by Bankruptcy Rule 7016.

DATED: January 25, 2021

        Respectfully submitted,

        /s/ Michael Van Deelen
        Michael Van Deelen
        Plaintiff (Pro Se)
        16215 Friar Circle
        Spring, TX 77379
        832-562-0723
        michaelvandeelen@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 25th day of January, 2021, served a true and correct copy of the foregoing document on the defendants via the court-approved eFiling system, which will forward a copy thereof to all attorneys of record.

                                        /s/ Michael Van Deelen
                                        Michael Van Deelen