

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
03/09/2021

| | | |
|---|---|---|
| **IN RE:** | § | |
| **MCDERMOTT INTERNATIONAL, INC.,** | § | **CASE NO: 20-30336** |
| *et al*, | § | |
| Debtors. | § | **CHAPTER 11** |
| | § | |
| **MICHAEL VAN DEELEN,** | § | |
| Plaintiff, | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 20-3309** |
| | § | |
| **DAVID DICKSON,** *et al*, | § | |
| Defendants. | § | |

**ORDER REASSIGNING MOTION TO RECUSE**

Chief Judge Jones contacted the undersigned judge as the most senior bankruptcy judge in this District and requested that the undersigned determine which judge will conduct the hearing on the motion to recuse filed in this adversary proceeding. The Court Orders:

1. The motion to recuse (ECF No. 8) will be heard by Judge Isgur.

2. The document filed at ECF No. 39 is sealed, pending the Court's determination of whether there is credible, admissible evidence in support of the allegations made in ECF No. 39.

3. The hearing on the motion to recuse that is scheduled for 9:00 a.m. on March 10, 2021 will occur as scheduled. Parties should utilize Judge Jones' dial in and video connection for the hearing.

SIGNED 03/09/2021

_____
Marvin Isgur
United States Bankruptcy Judge

1 / 1