

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/10/2021

| | | |
|---|---|---|
| IN RE: | § | |
| MCDERMOTT INTERNATIONAL, INC., *et al*, | § § § | CASE NO: 20-30336 |
| Debtors. | § § | CHAPTER 11 |
| MICHAEL VAN DEELEN, | § § | |
| Plaintiff, | § § | |
| VS. | § § | ADVERSARY NO. 20-3309 |
| DAVID DICKSON, *et al*, | § § | |
| Defendants. | § | |

### ORDER DENYING MOTION TO RECUSE

For the reasons set forth on the record, the motion to recuse Chief Judge Jones is denied.

SIGNED 03/10/2021

_____
Marvin Isgur
United States Bankruptcy Judge