UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 10 2021

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MCDERMOTT INTERNATIONAL, INC, *et al* ) | |
| ) | Case No. 20-30336 |
| Reorganized Debtor(s). ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | |
| MICHAEL VAN DEELEN ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 20-3309 |
| ) | |
| v. ) | |
| ) | |
| DAVID DICKSON, ) | |
| and STUART SPENCE, ) | |
| and SCOTT LAMB, ) | |
| and 10 JOHN/JANE DOES ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S REQUEST FOR HEARING

COMES NOW the plaintiff, Michael Van Deelen, and for his Plaintiff's Request for Hearing states as follows:

Plaintiff requests a hearing and the earliest possible hearing date for the following Motions:

A. Defendants' Emergency Motion to Seal (Document 36).

Houston, Texas
March 10, 2021

Respectfully submitted,

*[signature: Michael Van Deelen]*

Michael Van Deelen
Party In Interest
16215 Friar Circle
Spring, TX 77379
832-562-0723
michaelvandeelen@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of March, 2021, served a true and correct copy of the foregoing document on the defendants via the court-approved eFiling system, which will forward a copy thereof to all attorneys of record.

*[signature: Michael Van Deelen]*

Michael Van Deelen

2